IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

MARY STEVENSON,

    Plaintiff,

V.                                                       C.A. NO.: 3:13-CV-04034-K

AIMEE'S HOUSE INCORPORATED,
a Texas corporation,

    Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, MARY STEVENSON, and Defendant, AIMEE'S HOUSE INCORPORATED, hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, all Parties bearing their own attorney's fees and costs.

    Respectfully submitted this 15th day of April, 2014.

| | |
|---|---|
| */s/ Charles L. Scalise* | */s/ David Zwerner* |
| CHARLES L. SCALISE | David Zwerner |
| Texas Bar No.: 24064621 | State Bar No. 04508700 |
| ROSS LAW GROUP | **COHEN & ZWERNER, LLP** |
| 1104 San Antonio Street | 211 N. Record Street |
| Austin, Texas 78701 | Suite 450, LB 15 |
| Telephone: (512) 474-7677 | Dallas, TX 75202 |
| Facsimile: (512) 474-5306 | (214) 748-0681 (Telephone) |
| **ATTORNEY FOR PLAINTIFF** | (214) 742-7313 (Facsimile) |
| | **ATTORNEY FOR DEFENDANT** |
| | cohzwerlaw@sbcglobal.net |

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE – Solo Page