IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISON

MARY STEVENSON,

    Plaintiff,

V.                                                        C.A. NO.: 3:13-CV-04034-K

AIMEE'S HOUSE INCORPORATED,
a Texas corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

On this day, the Court considered the Parties Stipulation of Dismissal with Prejudice. Having considered the pleading, the above-styled and numbered cause is hereby ORDERED DISMISSED WITH PREJUDICE.

SIGNED this ___ day of _____, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE